No. 525. HEMPHILL *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Melville Monheimer* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *Louis B. Schwartz* for the United States.

No. 526. HILLIARD *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. John W. Carter, Jr.* and *Hugh T. Williams* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for the United States.

No. 62. PUENTE *v.* SPANISH NATIONAL STATE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Julius I. Puente, pro se.*